UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| RICHARD C LYONS | Debtor(s)    CASE NO. BKY 05-40798 NCD |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Richard C Lyons in the amount of $11.36, were unclaimed.

CREDITOR:      CLAIM NUMBER:     AMOUNT:
Richard C Lyons                                                                          $11.36
5880 73rd Avenue North
#114
Brooklyn Park, MN 55429

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: October 13, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee